PROB 12B
(7/93)

Report Date: April 11, 2013

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR 12 2013
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Selena Shane Dunn     Case Number: 2:09CR06039-003

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 3/24/2011     Type of Supervision: Supervised Release

Original Offense: Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 6/15/2012

Original Sentence: Prison - 33 Months
                   TSR - 48 Months

Date Supervision Expires: 6/14/2016

---

### PETITIONING THE COURT

To modify the conditions of supervision to include the following:

> Participation in vocational services, specifically A PLUS HEALTHCARE TRAINING, Certified Nursing Assistance training, as directed by the probation officer. The U.S. Probation Office will pay for the offender to participate in the above- training program.

### CAUSE

The supervising officer and Ms. Dunn determined that additional training and education was needed in order for her to secure viable employment. According to the supervising officer in the Northern District of Illinois, Ms. Dunn has completed the above described program, and this was paid for by the U.S. Probation Office through Second Chance Act funds. The supervising officer requests a modification to the conditions of supervision as needed for the use of Second Chance Act funds. Additionally, it should be noted that a transfer of jurisdiction has been requested to the Northern District of Illinois, which will be processed once the modification of conditions is complete.

Ms. Dunn understands the reason for this modification to her conditions of supervision, and signed the attached Waiver of Hearing to Modify Conditions on October 12, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/11/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

4/12/13

Date